IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re Application of

507 SUMMIT LLC,

Petitioner, for an Order Pursuant to
28 U.S.C. § 1782 to Conduct Discovery
For Use In a Foreign Proceeding.

Civil Action No. 1:23-MC-00473-RP

## MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Minyao Wang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Petitioner 507 Summit LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of Reid Collins & Tsai LLP, with offices at:

420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: 212-344-5200
Facsimile: 212-344-5299

2. Since July 2009, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4744314.

3. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| U.S. Supreme Court | May 2019 |
| U.S. Court of Appeals for the First Circuit | June 2014 |
| U.S. Court of Appeals for the Second Circuit | July 2017 |
| U.S. District Court for the Southern District of New York | November 2009 |
| U.S. District Court for the Eastern District of New York | November 20009 |

4.       Applicant is presently a member in good standing of the bars of the courts listed above.

5.       Applicant has previously applied to appear *pro hac vice* in this district court and is currently admitted as *pro hac vice* counsel for plaintiff in Civil Action No. SA-17-CV-1249-XR, *United States of America, ex rel. Integra Med Analytics LLC v. Creative Solutions in Healthcare, Inc.*, United States District Court, Western District of Texas, San Antonio Division.

6.       Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7.       Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8.       Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.       Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

> William T. Reid, IV
> Reid Collins & Tsai LLP
> 1301 S. Capital of Texas Hwy, Suite C-300
> Austin, Texas 78746
> Telephone: 512-647-6100

Should the Court grant Applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1-(f)(2).

WHEREFORE, Applicant prays that this Court enter an Order permitting the admission of Minyao Wang to the Western District of Texas *pro hac vice* for this case only.

Date:  May 3, 2023                                    Respectfully submitted,

 

_____
Minyao Wang
New York Bar No. 4744314
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200
F: 212-344-5299
mwang@reidcollins.com


## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants for this matter.

_____
Minyao Wang