IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re Application of<br><br>507 SUMMIT LLC,<br><br>Petitioner, for an Order Pursuant to<br>28 U.S.C. § 1782 to Conduct Discovery<br>For Use In a Foreign Proceeding. | Civil Action No. 1:23-MC-00473-RP |

# **ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Minyao Wang, counsel for Petitioner 507 Summit LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Minyao Wang may appear on behalf of Petitioner 507 Summit LLC in the above case.

IT IS FURTHER ORDERED that Minyao Wang, if he has not already done so, shall immediately tender the amount of $100.00 made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this _____ day of _____, 2023.

_____
The Honorable Robert Pitman
United States District Judge